AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 1,483.00 | $ 0.00 | $ 1,483.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **1,483.00** | $ **0.00** | $ **1,483.00** | $ **0.00** |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ 0.00 |
| | | | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| I am single. | | | $ 0.00 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ ____0.00____

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo Bank | Svgs | $ 50.00 | $ 0.00 |
| Wells Fargo | Chkg | $ 25.00 | $ 0.00 |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 735,000.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle *#1* *(Value)* | $ 400.00 |
| Make and year:  Mercedes Benz, 2000 | |
| Model:            S 430 | |
| Registration #: | |
| Motor vehicle *#2* *(Value)* | $ 0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| George Pazuniak has not returned | $ 5,000,000.00 | $ 0.00 |
| settlement monies from patent | $ | $ 0.00 |
| cases in IOLTA account. | $ | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | N/A | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>     Are real estate taxes included?    ☐ Yes   ☑ No<br>     Is property insurance included?    ☑ Yes   ☐ No | $   3,723.00 | $   0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $   240.00 | $   0.00 |
| Home maintenance *(repairs and upkeep)* | $   0.00 | $   0.00 |
| Food | $   0.00 | $   0.00 |
| Clothing | $   0.00 | $   0.00 |
| Laundry and dry-cleaning | $   0.00 | $   0.00 |
| Medical and dental expenses | $   250.00 | $   0.00 |
| Transportation *(not including motor vehicle payments)* | $   0.00 | $   0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $   0.00 | $   0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|      Homeowner's or renter's: | $   0.00 | $   0.00 |
|      Life: | $   0.00 | $   0.00 |
|      Health: | $   228.00 | $   0.00 |
|      Motor vehicle: | $   50.00 | $   0.00 |
|      Other: | $   0.00 | $   0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $   800.00 | $   0.00 |
| Installment payments |  |  |
|      Motor vehicle: | $   0.00 | $   0.00 |
|      Credit card *(name)*: | $   500.00 | $   0.00 |
|      Department store *(name)*: | $   0.00 | $   0.00 |
|      Other: | $   0.00 | $   0.00 |
| Alimony, maintenance, and support paid to others | $   0.00 | $   0.00 |

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|
| Other *(specify)*: | $ | 0.00 | $ | 0.00 |
| Total monthly expenses: | $ | 5,791.00 | $ | 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❏ Yes    ☑ No       If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ❏ Yes   ☑ No

    If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Pazuniak has not returned client IOLTA funds from settlement monies from patent cases. I depleted my funds in USPTO filing/maintenance fees, paid lawyers for 18 IPR/CBM Re-exams, paid District & Circuit court, U.S. Supreme Court filing fees & Supreme Court Press. San Mateo County is now delivering 3 free meals a day, as I am a single Senior citizen suffering from post concussion syndrome & diabetes. My LDS church picks up my meds. I am immunocompromised. Please grant me IFP.

12. Identify the city and state of your legal residence.
    Menlo Park, CA

    Your daytime phone number:   (650) 690-0995

    Your age:   72    Your years of schooling:   27