IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. LAKSHMI ARUNACHALAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-959-CFC |
| ) | |
| BRIAN J. MCNAMARA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 30th day of July, 2020, the court having considered the second application (D.I. 8) to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's home value asset and inconsistencies[1] contained in the second application.

2. The plaintiff shall pay the $400.00 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's first application (D.I. 1) made no reference to her home value. Plaintiff's second application (D.I. 8), filed because the first application omitted asset information, lists a home value of $735,000.00 and states that plaintiff's costs now include a $3,723.00 mortgage and $800.00 in monthly taxes (items not included in the first application). Plaintiff's first application listed the same amount, $1,483.00, in total monthly income as well as total monthly expenses. Plaintiff's second application lists the same total monthly income of $1,483.00, but now lists $5,791.00 in total monthly expenses.